1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN JOE WHITE, | ) | 1:10-cv-01647 LJO SKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| JOHNATHON BITTIS RUSKOVISH, et.al., | ) | (Document 2) |
| Defendant. | ) | |
| | ) | |
| | ) | |

        By application filed on September 8, 2010, Plaintiff has requested leave to proceed in

forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes

the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS

GRANTED.  28 U.S.C. § 1915 (a).


IT IS SO ORDERED.

**Dated:    September 15, 2010** _____
                                **/s/ Sheila K. Oberto**
                            UNITED STATES MAGISTRATE JUDGE

1