# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ADRIAN JOE WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHNATHON BITTIS RSKOVISH;<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY<br><br>   Defendants.<br>_____/ | CASE NO. 1:10-cv-01647-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his initial complaint on September 8, 2010. On November 2, 2010, the complaint was dismissed, and Plaintiff was given thirty (30) days to amend his complaint. (Doc. 4.)

On November 15, 2010, Plaintiff requested a 30-day extension of time to file an amended complaint. (Doc. 5.) This request will be granted.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request for a 30-day extension of time to file an amended complaint is GRANTED;

2. Plaintiff shall file an amended complaint within 30 days from the date of this order;

3. Plaintiff may not incorporate any new, unrelated claims to this action via his

amended complaint; and

4. If Plaintiff fails to file an amended complaint, the Court will recommend that this action be dismissed for failure to state a claim and for failure to prosecute the case.

IT IS SO ORDERED.

**Dated:**   **November 17, 2010**            /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE