# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ADRIAN JOE WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNATHON BITTIS RSKOVISH;<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-cv-01647-LJO-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHOUT PREJUDICE** |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his initial complaint on September 8, 2010. On November 2, 2010, the complaint was dismissed, and Plaintiff was given thirty (30) days to amend his complaint. (Doc. 4.)

On November 15, 2010, Plaintiff requested a 30-day extension of time to file an amended complaint. (Doc. 5.) On November 17, 2010, this request was granted. On November 24, 2010, Plaintiff filed another request for a 30-day extension of time.

Pursuant to the Court's order on November 17, 2010, Plaintiff has until December 17, 2010, to file an amended complaint; thus Plaintiff's November 24, 2010, request for an additional extension of time is premature. If Plaintiff is unable to amend his complaint between now and December 17, 2010, he may renew his request for an additional extension of time for the Court's

1 consideration.

2     Accordingly, IT IS HEREBY ORDERED THAT:

3     1.     Plaintiff's request for a 30-day extension of time is DENIED as premature; and

4     2.     Plaintiff may renew his request for an additional extension of time if he determines

5     that he is unable to file an amended complaint on or before December 17, 2010.

7 IT IS SO ORDERED.

8 **Dated:**    **December 1, 2010**                   /s/ **Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE