# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOE WHITE,<br><br>    Plaintiff,<br><br> v.<br><br>JOHNATHON BITTIS RSKOVISH;<br>et al.<br><br>    Defendants.      / | CASE NO. 1:10-cv-01647-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME** |

  Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed his initial complaint on September 8, 2010.  On November 2, 2010, the complaint was dismissed, and Plaintiff was given thirty (30) days to amend his complaint. (Doc. 4.)  On December 13, 2010, Plaintiff filed a First Amended Complaint (Docs. 9, 10) which was dismissed with leave to amend (Doc. 11).

  On February 22, 2011, Plaintiff requested a 30-day extension of time to file an amended complaint. (Doc. 5.)  This request will be granted.

  Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's request for a 30-day extension of time to file an amended complaint is GRANTED;

2. Plaintiff shall file an amended complaint within 30-days from the date of this order;

3. Plaintiff may not incorporate any new, unrelated claims to this action via his amended complaint; and

4. If Plaintiff fails to file an amended complaint, the Court will recommend that this action be dismissed for failure to state a claim and for failure to prosecute the case.

IT IS SO ORDERED.

Dated:   February 24, 2011                   /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE