UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN JOE WHITE, | CASE NO. CV F 10-1647 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| JOHNATHON BITTIS RSKOVISH, et. al., | |
| Defendants. | |

On March 17, 2011, plaintiff filed a notice of voluntary dismissal without prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   March 21, 2011**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE